1

2   Richard Johnston- SBN 124524
    131-A Stony Circle, Suite 500
3   Santa Rosa California 95401
    Telephone (707) 577-7422
4   Facsimile (707) 795-2922

5
    Attorney for Plaintiff
6

7   Craig G. Penrose (pro hac vice)
    TRESSLER, SODERSTROM, MALONEY & PRIESS
8   233 South Wacker Drive, 22nd Floor
    Chicago, Illinois 60606
9   Telephone (312) 627-4000
    Facsimile (312) 627-1717
10
    Wyman Berryessa
11  TRESSLER, SODERSTROM, MALONEY & PRIESS
    3070 Bristol Street. Suite 450
12  Costa Mesa, California 92626
    Telephone (714) 429-2900
13  Facsimile (714) 429-2901

14  Attorneys for Defendants
    KEMPER, LUMBERMANS, BROADSPIRE
15  AND THE VODAFONE DISABILITY PLANS

16              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                        OAKLAND DIVISION

18  NANCY HYDER,                          )
                                          )
19                                        )   **No.  05 C 1782 CW**
                    Plaintiff,            )   Hearing Date: Friday January 13, 2006
20                                        )   Hearing Time: 10:00 a.m.
    v.                                    )   Crtrm: 2, 4th Floor
21                                        )
    KEMPER NATIONAL SERVICES, INC.,       )   **ORDER GRANTING JOINT**
22  LUMBERMEN'S MUTUAL INSURANCE          )   **STIPULATION TO CHANGE**
    COMPANY,                              )   **HEARING TIME**
23  BROADSPIRE SERVICES, INC.,            )   **FOR SUMMARY JUDGMENT**
    VODAFONE AMERICAS, INC.,              )   **FROM JANUARY 6, 2006 TO**
24  VODAFONE AMERICAS, INC. SHORT         )   **JANUARY 13, 2006**
    TERM DISABILITY PLAN and VODAFONE     )
25  AMERICAS, INC. LONG TERM              )
    DISABILITY PLAN,                      )
26  VODAFONE EMPLOYEE HEALTH PLAN,        )
    VODAFONE EMPLOYEES DENTAL PLAN,       )
27  VERIZON WIRELESS, INC, and

28  **JOINT STIPULATION TO CHANGE**
    **HEARING TIME FOR SUMMARY JUDGMENT**
    **TO JANUARY 13, 2006**

    **CASE NO. C 05C 1782 CW**

1

2      The parties to the above entitled action herby stipulate that the Summary Judgment Motion

3  of Kemper, Broadspire, Lumbermens, and the Vodafone Long Term and Short Term Disability

4  Plans ("the Disability Defendants") and Plaintiff's cross motion for judgment concerning only

5  disability benefits from Kemper, Broadspire, Lumbermens, and the Vodafone Long Term and Short

6  Term Disability Plans currently noticed and set for hearing on January 6, 2005 is now re-noticed for

7  January 13, 2006 at Court Room 2, 4th Floor in Oakland, California.

8

9

10

11                       Respectfully submitted.

12

13 Dated:                    BY:     s/Richard Johnston

14                                      Attorney for Plaintiff

15

16 Dated:                    BY:     s/Craig G. Penrose

17                                      Attorney for Moving Defendants

18

19

20 IT IS SO ORDERED.

21    12/13/05                                  /s/ CLAUDIA WILKEN

22 Dated:_____                      _____

23                                                  United States District Judge

24

25

26

27

28 **JOINT STIPULATION TO CHANGE**
   **HEARING TIME FOR SUMMARY JUDGMENT**
   **TO JANUARY 13, 2006**

   **CASE NO. C 05C 1782 CW**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28