Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 795-2922

Attorney for Plaintiff
Nancy Hyder

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Hyder,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Kemper Insurance Company; Lumberman's Mutual Insurance Company; Broadspire Services, Inc.; Vodafone Americas, Inc.; Vodafone Short Term Disability Plan; Vodafone Long Term Disability Plan; Vodafone Employee Health Plan; Vodafone Employee Dental Plan; Verizon Wireless, Inc.; and Does 1 to 50 Inclusive,<br><br>　　　　Defendants. | Case No. C 05-01782 CW<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTIONS FOR JUDGMENT AND FOR SUMMARY JUDGMENT AND ~~PROPOSED~~ ORDER THEREON** |

The parties hereto, through their respective counsel of record, hereby stipulate as follows:

**1.** This stipulation pertains to the briefing schedule established by the court in its Minute Order and Case Management Order dated January 22, 2007. In that order, the court established the following briefing schedule for plaintiff's anticipated Motion for Judgment under Rule 52 regarding her ERISA claims as to retiree health and dental benefits:

| | |
|---|---|
| Plaintiff's opening brief: | February 16, 2007 |
| Defendant's opposition brief/cross-motion: | March 2, 2007 |
| Plaintiff's reply/opposition: | March 9, 2007 |
| Defendant's surreply: | March 16, 2007 |

STIPULATION RE BRIEFING SCHEDULES
FOR RULE 52 AND RULE 56 MOTIONS

1    The court established the following briefing schedule with respect to defendant
2 Vodafone's anticipated summary judgment motion respecting plaintiff's claim as to stock
3 options:

4     Moving papers:                                  March 2, 2007
    Plaintiff's opposition:                            March 16, 2007
5     Defendant's reply:                                March 23, 2007

6    Both motions were scheduled to be heard by the court on April 13, 2007.

7

8    **2.**  The parties wish to modify the briefing schedule in order to maximize settlement
9 opportunities.  On February 7, 2007, the parties engaged in mediation proceedings before
10 Hon. Ellen Sickles James (Ret.), and although no settlement was achieved, sufficient progress
11 was achieved that a consensus emerged that further mediation proceedings were advisable.
12 The parties and Judge James agreed to meet again on February 27 to resume settlement
13 talks.

14

15    **3.**  Given the February 27 date for further mediation proceedings, the parties wish to
16 defer briefing on the anticipated motions in order to determine if briefing and the associated
17 fees and costs can be rendered unnecessary. Therefore, the parties would like to establish by
18 this stipulation the following briefing schedule in lieu of the one set forth in the court's January
19 22 order:

20    Plaintiff's Rule 52 motion for judgment regarding ERISA health and dental benefits:

21     Moving papers:                                  March 9, 2007
    Opposition papers:                              March 16, 2007
22     Reply papers:                                      March 23, 2007
    Surreply papers:                                  March 30, 2007
23

24    Defendant's summary judgment motion regarding stock options:

25     Moving papers:                                  March 9, 2007
    Opposition papers:                              March 16, 2007
26     Reply papers:                                      March 23, 2007

27
   Under the parties' proposed briefing schedule briefing would be completed by March
28

STIPULATION RE BRIEFING SCHEDULES
FOR RULE 52 AND RULE 56 MOTIONS          2

30, and the April 13 hearing date, should it please the court, would be maintained.

Dated: February 9, 2007

                                                            /S/
Richard Johnston
Attorney for Plaintiff
Nancy Hyder

Dated: February 9, 2007                        PILLSBURY WINTHROP
SHAW PITTMAN LLP

                                                            /S/
By: Marcia L. Pope
Attorneys for Defendant
Vodafone Americas, Inc.

Dated: February 9, 2007                        KAUFF McCLAIN & McGUIRE LLP

                                                            /S/
By: Jeffrey D. Polsky
Attorneys for Defendant
Verizon Wireless Retiree Medical Plan

**Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

    Dated:      February 9, 2007

                                                            /S/
Richard Johnston
Attorney for Plaintiff
Nancy Hyder

## [~~PROPOSED~~] ORDER

The court, having reviewed the foregoing stipulation, and good cause appearing

STIPULATION RE BRIEFING SCHEDULES
FOR RULE 52 AND RULE 56 MOTIONS          3

1  therefor,

2      IT IS SO ORDERED.

3

4      Dated:    February 14, 2007

*/s/ Claudia Wilken*

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION RE BRIEFING SCHEDULES
FOR RULE 52 AND RULE 56 MOTIONS    4