Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Nancy Hyder


Pillsbury Winthrop Shaw Pittman LLP
Marcia L. Pope – #124878
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
Vodafone Americas, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Hyder,<br><br>    Plaintiff,<br><br>vs.<br><br>Kemper Insurance Company; Lumberman's Mutual Insurance Company; Broadspire Services, Inc.; Vodafone Americas, Inc.; Vodafone Short Term Disability Plan; Vodafone Long Term Disability Plan; Vodafone Employee Health Plan; Vodafone Employee Dental Plan; Verizon Wireless, Inc.; and Does 1 to 50 Inclusive,<br><br>    Defendants. | Case No. C 05-01782 CW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF FOURTH CAUSE OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Nancy Hyder and Defendant Vodafone Americas, Inc., through their respective counsel of record, that the Fourth Cause of Action of Ms. Hyder's complaint against Vodafone is dismissed with prejudice, each party to bear its own attorney fees and costs.

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
FOURTH CAUSE OF ACTION

Respectfully submitted,

Dated: March 9, 2007

_Richard Johnston_
Richard Johnston
Attorney for Plaintiff
Nancy Hyder

Dated: March 12, 2007

Pillsbury Winthrop Shaw Pittman LLP

_Marcia L. Pope /S/_
By: Marcia L. Pope
Attorneys for Defendant
Vodafone Americas, Inc.

**Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:   March 12, 2007

_Marcia L. Pope /S/_
Marcia L. Pope
Attorney for Defendant
Vodafone Americas, Inc.

**IT IS SO ORDERED**

Dated: ___3/15_____, 2007

_Claudia Wilken_
Claudia Wilken
Judge, United States District Court

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
FOURTH CAUSE OF ACTION                              2