Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532
Attorney for Plaintiff
Nancy Hyder

Jeffrey D. Polsky - SBN 120975
Kauff McClain & McGuire LLP
One Post Street, Suite 2600
San Francisco, CA 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938
Attorneys for Defendant
Verizon Wireless Retiree Medical Plan

Pillsbury Winthrop Shaw Pittman LLP
Marcia L. Pope – #124878
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Attorneys for Defendants
Vodafone Employee Health Plan and
Vodafone Employee Dental Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Hyder,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kemper Insurance Company; Lumberman's Mutual Insurance Company; Broadspire Services, Inc.; Vodafone Americas, Inc.; Vodafone Short Term Disability Plan; Vodafone Long Term Disability Plan; Vodafone Employee Health Plan; Vodafone Employee Dental Plan; Verizon Wireless, Inc.; and Does 1 to 50 Inclusive,<br><br>　　　　Defendants. | Case No. C 05-01782 CW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF FIFTH CAUSE OF ACTION WITH PREJUDICE** |

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
FIFTH CAUSE OF ACTION

1     IT IS HEREBY STIPULATED by and between plaintiff Nancy Hyder and Defendants Verizon Wireless Retiree Medical Plan (erroneously sued herein as Verizon Wireless, Inc.), Vodafone Employee Health Plan, and Vodafone Employee Dental Plan, through their respective counsel of record, that the Fifth Cause of Action of Ms. Hyder's complaint is dismissed with prejudice, each party to bear its own attorney fees and costs.  This dismissal disposes of all claims against the defendants designated above, to wit: Verizon Wireless Retiree Medical Plan (erroneously sued herein as Verizon Wireless, Inc.), Vodafone Employee Health Plan, and Vodafone Employee Dental Plan.

Dated: April 6, 2007

          /S/
Richard Johnston
Attorney for Plaintiff
Nancy Hyder

Dated: April 6, 2007      Kauff McClain & McGuire LLP

          /S/
By: Jeffrey D. Polsky
Attorneys for Defendant
Verizon Wireless Retiree Medical Plan

Dated: April 6, 2007      Pillsbury Winthrop Shaw Pittman LLP

          /S/
By: Marcia L. Pope
Attorneys for Defendants
Vodafone Employee Health Plan and
Vodafone Employee Dental Plan

**Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: April 6, 2007           /S/
Jeffrey D. Polsky

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
FIFTH CAUSE OF ACTION      2

1  **IT IS SO ORDERED**
2
3  Dated: April 10, 2007

                                            *[signature]*

4                                              Claudia Wilken
                                            Judge, United States District Court

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER OF DISMISSAL:
FIFTH CAUSE OF ACTION                            3