United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NANCY HYDER,                          No. C 05-1782 CW

12          Plaintiff,                      ORDER GRANTING
                                           PLAINTIFF'S
13      v.                                  MOTION TO ENTER
                                           JUDGMENT
14   KEMPER NATIONAL SERVICES, INC.;
     LUMBERMAN'S MUTUAL INSURANCE CO.;
15   BROADSPIRE SERVICES, INC.; VODAFONE
     AMERICAS, INC.; VODAFONE AMERICAS,
16   INC., SHORT TERM DISABILITY PLAN;
     VODAFONE AMERICAS, INC., LONG TERM
17   DISABILITY PLAN; VODAFONE EMPLOYEE
     HEALTH PLAN; VODAFONE EMPLOYEE DENTAL
18   PLAN; VERIZON WIRELESS, INC.; and
     DOES 1 TO 50, inclusive,
19
            Defendants.
20
     _____/
21

22          On June 30, 2006, the Court issued an order granting

23   Plaintiff's motion under Federal Rule of Civil Procedure 52 for

24   adjudication of her Employee Retirement Income Security Act (ERISA)

25   claim against Defendants Kemper National Services, Inc. (Kemper);

26   Lumberman's Mutual Insurance Co. (Lumberman's); Broadspire

27   Services, Inc. (Broadspire); Vodafone Americas, Inc., Long Term

28

**United States District Court**
For the Northern District of California

Disability Plan (the LTD Plan); and Vodafone Americas, Inc., Short Term Disability Plan (the STD Plan) (collectively the Disability Plan Defendants).[1] On October 11, 2006, the Court issued an order determining the amount of back benefits and pre-judgment interest on Plaintiff's ERISA claim against the Disability Plan Defendants. On December 28, 2006, the Court issued an order granting Plaintiff's unopposed motion to modify the order adjudicating the ERISA claim and denying without prejudice Plaintiff's motion for entry of partial judgment because Plaintiff's fourth and fifth causes of action had not yet been adjudicated.

The parties have settled those claims, and Plaintiff again moves for entry of judgment.  The Disability Plan Defendants do not oppose entry of judgment, but object to the fifth paragraph of Plaintiff's proposed judgment, which provides,

> Plaintiff is entitled to prospective long-term disability benefits, from and after the date of this judgment, at the rate of $5,597.84 per month, until such time as her entitlement to such benefits shall change or terminate pursuant to the terms of the Vodafone long term disability plan.

Disability Plan Defendants object to this provision on three grounds, none of which are well taken.  First, they argue that the Court's opinion adjudicating Plaintiff's ERISA claim never mentioned prospective benefits.  However, the order specifically found that Plaintiff "is entitled to receive LTD [long-term disability] benefits."  June 30, 2006 Order at 26.

Next, Disability Plan Defendants argue that a prospective

---

[1] For a complete overview of the facts of this case, see the Court's June 30, 2006 order.

1   award is premature because Plaintiff's future condition is unknown.

2   Finally, Disability Plan Defendants argue that a prospective award

3   would violate the terms of the plan, which only allows benefits if

4   the participant is eligible under the terms of the plan.  However,

5   the terms of the proposed judgment address that concern by allowing

6   prospective benefits only "until such time as her entitlement to

7   such benefits shall change or terminate pursuant to the terms of

8   the Vodafone long term disability plan."

9        For the foregoing reason, the Court GRANTS Plaintiff's motion

10  for entry of judgment.  Judgment shall enter accordingly.

11

12       IT IS SO ORDERED.

13

14  Dated:    4/18/07

_____
CLAUDIA WILKEN
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

3